IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| TYJUAN WATERS | : | No. 12-295-2 |

## ORDER

**AND NOW**, this 22nd day of March, 2022, upon consideration of Tyjuan Waters's Motion for Counsel and Motion for Compassionate Release (Doc. No. 181) and the Government's Response in Opposition (Doc. No. 182), for the reasons stated in the accompanying memorandum, it is **ORDERED** that Mr. Waters's Motion (Doc. No. 181) is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1