# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TYJUAN WATERS. | : | No. 12-295-2 |
| | : | |

## ORDER

**AND NOW,** this 23rd day of December, 2024, upon independent consideration of the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 159), and the document filed by Petitioner at ECF 222 which the Court construes as objections to the Report and Recommendation of United States Magistrate Judge Pamela A. Carlos, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 159) is **DENIED WITH PREJUDICE**; and

3. There is no basis to issue a certificate of appealability.

4. The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

**/S/WENDY BEETLESTONE, J.**

**WENDY BEETLESTONE, J.**